IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JESSE COOLEY, JR.,** | ) |
| Petitioner, | ) |
| vs. | ) CIV. ACT. NO. 1:22-cv-325-TFM-B |
| **ALABAMA DEPARMENT OF MENTAL HEALTH,** | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the habeas petition filed pursuant to 28 U.S.C. § 2254 by Petitioner Jesse Cooley, Jr. is **DISMISSED without prejudice** as duplicative of Cooley's earlier-filed habeas proceeding, Civ. Act. No. 1:22-cv-297-CG-B, which is currently pending before this Court. Further, the Court determines that Cooley is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 30th day of January, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE